ROSE KLEIN, Suing as a Stockholder of and on Behalf of KLEIN's OUTLET, INC., There Being no Other Stockholder in Like Situation, Respondent, v. KLEIN's OUTLET, INC., and Others, Appellants, Impleaded with Others, Defendants.— Order dated September 23, 1941, and entered September 30, 1941, denying motion for an order approving the offer of settlement unanimously affirmed, with ten dollars costs and disbursements to the respondent. Order dated September 23, 1941, and entered September 30, 1941, denying the calling of a meeting of stockholders unanimously affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROSE KLEIN, Suing as a Stockholder of and on Behalf of KLEIN's OUTLET, INC., There Being no Other Stockholder in Like Situation, Respondent, v. KLEIN's OUTLET, INC., and Others, Appellants, Impleaded with Others, Defendants.— Order dated September 29, 1941, and entered September 30, 1941, granting motion for the appointment of a receiver of defendant Klein's Outlet, Inc., unanimously modified to the extent of designating the receiver appointed a temporary receiver, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LAURA HUGHES PETTENGILL, Appellant, v. RUSSELL A. PETTENGILL, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MICHAEL N. CAVALLIOTIS, Doing Business under Trade Name of the AEGEAN TRADING COMPANY, Respondent, v. ALFRED ETTLINGER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE RUDOLPH WURLITZER Co., Appellant, v. S. A. WALD & Co., INC., and Another, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WILLIAM H. SILK, Respondent, v. THE BOWERY SAVINGS BANK and JAMES A. STENHOUSE, Appellants, VALDEN REALTY CORPORATION and Others, Defendants (Appeal No. 1) and Appellants (Appeal No. 2), EIGHTY-FIVE PARK AVENUE CORPORATION and CONOCO CORPORATION, Defendants.— Order entered December 12, 1941, so far as appealed from, unanimously modified by granting item 1 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present—Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.